UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: PATRICK JAMES SILVERS,      {   CHAPTER 13
                                   {
                                   {
        DEBTOR                     {   CASE NO. R24-41285-BEM
                                   {
                                   {   JUDGE ELLIS-MONRO


**OBJECTION TO CONFIRMATION**


COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1.  The Debtor's payments under the proposed plan are not current.

2.  The Debtor has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

3.  The proposed Chapter 13 budget contains expenses that appear to be excessive and/or unnecessary for the support and maintenance of the Debtor and Debtor's dependents while proposing a composition plan, in violation of 11 U.S.C. §§ 1325(b)(1)(B) and 1325(a)(3).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.


_____/s/_____
Brandi L. Kirkland, Attorney
for Chapter 13 Trustee
GA Bar No. 423627




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R24-41285-BEM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

PATRICK JAMES SILVERS
210 COLUMBUS CIRCLE, NE
CALHOUN, GA 30701

This 23rd day of October, 2024

Respectfully submitted,

 /s/
Brandi L. Kirkland, Attorney
for the Chapter 13 Trustee
GA Bar No. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com